IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-000161-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. BERNARDO RASCON-MENDOZA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 6, 2008.**

    Pending before the Court is Defendant's Motion to Allow Substitute Counsel [filed June 6, 2008; doc #183]. The Court will **grant** the motion with the parties' understanding that substitute counsel, Ron Gainor, will appear in this Court having established an attorney-client relationship with Defendant, and will represent his client in accordance with all applicable rules and law.