## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 12, 2010 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Grant Hansen | |
| Interpreter: | Marcella Salazar | |

Criminal Action No. 08-cr-00161-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,          Mark Barrett

      Plaintiff,

v.

BERNARDO RASCON-MENDOZA,          James Castle

      Defendant.

---

## SENTENCING MINUTES
---

**8:43 a.m.      Court in session**.

Defendant present in custody.

Interpreter sworn.

The Court addresses defendant's Motion for Return of Property (**Doc. #952**).

Statement by counsel that they have reached an agreement.

**ORDER:**      Pursuant to the parties' agreement, defendant's Motion for Return of Property (**Doc. #952**) is **DENIED** with leave to reinstate.

**Change of Plea Hearing on December 4, 2009. Defendant pled guilty to Count 15 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:18 a.m.** **Court in recess.**

Total Time: 30 minutes.
Hearing concluded.